1  CATHERINE M. CORFEE, SBN 155064
   CORFEE STONE & ASSOCIATES
2  5441 FAIR OAKS BLVD., SUITE B-1
   CARMICHAEL, CA 95608
3  TELEPHONE:   (916) 487-5441
   FACSIMILE:   (916) 487-5440
4
   Attorneys for PATTY LIPP

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SATPAL SINGH DEOL, AVINDER KAUR AND PATTY LIPP,<br><br>　　　　Defendants. | Case No.:  05-cv-1906-MCE-JFM<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT PATTY LIPP AND ORDER THEREON**<br><br>**FRCP 41(a)(1)** |

TO THE COURT AND ALL PARTIES:

Plaintiff Scott Johnson ("Plaintiff") and Defendant Patty Lipp, Las Panchitas, Inc. dba La Rosa Blanca (hereinafter collectively referred to as "Lipp" or "Defendant")  have reached settlement of all claims brought by Plaintiff in the above entitled Action, and have executed a Mutual Release and Settlement Agreement.  Pursuant to said Mutual Release and Settlement Agreement between Plaintiff and Defendant, these parties, by and through counsel of record, hereby stipulate to the dismissal **with prejudice** of this Action against Defendant Patty Lipp, Las Panchitas, Inc. dba La Rosa Blanca only, and any and all claims alleged whatsoever in this Action.

Outside of the terms of the Mutual Release and Settlement Agreement, each party is to bear its own attorneys fees and costs.

///

IT IS HEREBY STIPULATED by and between these two parties to this Action that this Action, and all of Plaintiff's claims against Defendant Patty Lipp, Las Panchitas, Inc. dba La Rosa Blanca , be dismissed **with prejudice** pursuant to Federal Rules of Civil Procedure section 41(a)(1).

Dated: February 22, 2006

By: ___/s/ Thomas Stewart___
Thomas Stewart
Attorney for Plaintiff, Scott Johnson

Dated: February 22, 2006

By: ___/s/ Zachary Best___
Catherine M. Corfee
Zachary Best
Attorneys for Defendant Patty Lipp, Las Panchitas, Inc. dba La Rosa Blanca

**ORDER**

IT IS HEREBY ORDERED that the above referenced matter is hereby dismissed with prejudice as to Defendant Patty Lipp, Las Panchitas, Inc. dba La Rosa Blanca.

Dated: February 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE